IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD RAFEAL McCISKILL,
     Plaintiff,

vs.                            Case No.: 3:08cv61/RV/EMT

OFFICER ROCKY SMITH,
     Defendant.
_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 3, 2008 (Doc. 29).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

     Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2. Plaintiff's notice of voluntary dismissal (Doc. 28) is **GRANTED** and this case is **DISMISSED without prejudice**.

     **DONE AND ORDERED** this 6th day of January, 2009.


                    /s/ _Roger Vinson_____
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**